UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Axis Insurance Company

V.

CIVIL ACTION: 1:20-cv-11997-NMG

Barracuda Networks, Inc. et al

**FINAL JUDGMENT**

GORTON, U.S.D.J.                                                    September 10, 2024

Pursuant to the Memorandum and Order dated 9/9/2024, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants.

By the Court,

/s/ Nicole Cowan
DEPUTY CLERK